# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| ELLIS G. TOONE, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:13-cv-00218-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF NORTH CAROLINA, | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 1, 2013 Order.

October 1, 2013

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court